IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS DE'MON LAKE, | No. 2:23-CV-1311-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for summary judgment, ECF No. 12.

        Pursuant to Eastern District of California Local Rule 260(a), motion for summary judgment must be accompanied by a separate statement of undisputed facts that shall enumerate discretely each of the specific material facts relied upon in support of the motion. Here, Plaintiff's one-page motion is not accompanied by a separate statement of undisputed facts and, as such, will be stricken as defective. Plaintiff's motion is also premature in that no defendant has been served or answered the operative complaint.

        The sufficiency of Plaintiff's complaint and service thereof will be addressed by separate order.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for summary judgment, ECF No. 12, is STRICKEN.

2. The Clerk of the Court is directed to terminate ECF No. 12 as a pending motion.

Dated:  November 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE