IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARIUS DE'MON LAKE,**<br><br>             Plaintiff,<br><br>       v.<br><br>**COVELLO, et al.,**<br><br>             Defendants. | Case No. 2:23-cv-1311 DJC AC P<br><br>[PROPOSED] ORDER |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' motion to stay merits-based discovery (ECF No. 37) is GRANTED. The deadlines set forth in the Discovery and Scheduling Order (ECF No. 34) are VACATED. A new Discovery and Scheduling Order will issue after a final ruling on Defendants' motion for judgment on the pleadings as necessary.

DATED: June 12, 2024

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE